IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| OLD STONE, INC., | ) | Case No. 4:04CV00052 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | By: Jackson L. Kiser |
| ANTENNAMAST SOLUTIONS, INC., | ) ) | Senior United States District Judge |
| Defendant. | ) ) ) | |

Before me is Defendants' Motion to Dismiss the First Verified Amended Complaint [46] and Plaintiff's Motion for Leave to Amend the First Verified Amended Complaint [55]. For the reasons stated on the record, I hereby **GRANT** Plaintiff's Motion for Leave to Amend and **DISMISS AS MOOT** Defendants' Motion to Dismiss. Defendants shall have until August 8, 2005 to file an Answer to the Second Verified Amended Complaint and any motions to dismiss that Complaint. Plaintiff shall have fourteen (14) days to file a response to any motion to dismiss filed by Defendants pursuant to this Order. Defendants shall then have five (5) days to file a reply.

The Clerk is directed to send certified copies of this Order to all counsel of record.

Entered this 19th day of July, 2005.

                                                                                               s/Jackson L. Kiser
                                                                                               Senior United States District Judge