CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 1 0 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | |
|---|---|
| OLD STONE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTENNAMAST SOLUTIONS, INC., ) <br> et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action Nos. 4:04 CV 00052 <br> 4:04 CV 00053 |

## STIPULATED ORDER

WHEREAS, on September 15, 2005, the Court entered a 30-day stay of this case in order to consider the arguments of counsel concerning the effect on the instant litigation of the automatic stay provision of the Bankruptcy Code, 11 U.S.C. § 362, in light of Defendant AttennaMast Solution, Inc.'s filing of a Chapter 7 bankruptcy petition in the United States Bankruptcy Court, Middle District of Florida, Case No. 8:05-bk-14349 ("AMS Bankruptcy");

WHEREAS, upon further consideration, the parties have agreed that the case should be stayed pending the resolution of the AMS Bankruptcy, which the parties anticipate will be resolved in January 2006;

THEREFORE IT IS ORDERED:

1.  This case is stayed until resolution of Defendant AttennaMast Solution, Inc.'s Chapter 7 bankruptcy petition in the United States Bankruptcy Court, Middle District of Florida, Case No. 8:05-bk-14349;

2.  The parties shall notify the Court once the AMS Bankruptcy is resolved.

1

Dated: 10/10/05

/s/ Jackson L. Kiser
United States District Judge

WE ASK FOR THIS:


 /s/ Brian C. Riopelle
J. William Boland (VA Bar No. 23548)
Brian C. Riopelle (VA Bar No. 36454)
Kristen M. Calleja (VA Bar No. 41319)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 2321904030
Telephone:   804-775-1084
Facsimile:   804-698-2150

Scott Frick, Esq.
Kass, Shuler, Solomon, Spector, Foyle & Singer, P.A.
1505 North Florida Avenue
Tampa, Florida 33602
(813) 229-0900 ext. 1346 (Telephone)
(813) 229-3323 (Facsimile)

Attorneys for Defendants Attennamast Solutions, Inc., Bluesky Mast, Inc., Scott Vanover, Inc., Christian J. Oliver, Scott P. Vanover, and Kimberly Oliver


 /s/ James R. Creekmore
James R. Creekmore, Esq.
Kari K. Munro
LeClair Ryan Flippin Densmore
1800 Wachovia Tower
Drawer 1200
Roanoke, Virginia 24006

Attorneys for Plaintiff Old Stone, Inc.

2